IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHARLES STANTON SULLIVAN,                    *

               Plaintiff,                    *

v.                                             Case No. 5:26-CV-177 (MTT)

                            *

NEV 7, LLC, et al.,

                            *

               Defendants.

                            *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 17, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 17th day of July, 2026.

                            David W. Bunt, Clerk


                            s/ Raven K. Alston, Deputy Clerk